171 A.3d 1262

CATHY MITCHELL, PLAINTIFF-PETITIONER, v. GERALD
SKEY, S. BHATTACHARYA, SKEY BHATTACHARYA
LAW FIRM, DEFENDANTS-RESPONDENTS.

C–199 Sept.Term 2017
079649

October 20, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001657–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.